IN THE UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| **BARBARA WILDE, on Behalf of Herself and All Other Similarly Situated,** § § § | |
| *Plaintiff*, § | |
| § | |
| v. § | **CIVIL ACTION NO. 5:18-cv-00089** |
| § | |
| **OCEAN CANYON PROPERTIES, INC.** § § | |
| *Defendant.* § | |

## ORDER OF DISMISSAL WITH PREJUDICE

The parties have filed a Joint Stipulation of Dismissal with Prejudice under Rule 41 of the Federal Rules of Civil Procedure (Docket No. 28). Accordingly, it is hereby

**ORDERED** that that this action is **DISMISSED WITH PREJUDICE**. It is further

**ORDERED** that each party shall bear its own attorney's fees and costs of the court. Any and all remaining requests for relief are **DENIED AS MOOT**.

SIGNED this 6th day of November, 2018.

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE